UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Borgen

~~Joseph Borgen~~

Plaintiff(s),

-against-

seem Awawdeh, Mahmoud Musa, Mohamm

Faisal Elezzi, Waseem Awawdeh, Mahmoud Musa, Mohammed Othman, K.A.

Defendant(s).

Docket No: 22 CV 04105 (LGS)( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

[✓] that all future correspondence be mailed to me at the address below, or

[ ] that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Mahmoud Musa

[ ] Plaintiff
[✓] Defendant

Name (Last, First, MI)

253 Targee St | Staten Island | NY | 10304

Address | City | State | Zip Code

929-387-1157 | Mahmoudrmusa115@gmail.com

Telephone Number | e-mail address

10/6/22

Date | Signature