July, 17, 2025

22 cv 4105 (JHR)

Dear Judge Rearden,

My name is Mohammed S. Othman (inmate # [REDACTED]). I am writing to you from Marcy Correctional Facility with a humble request about the civil lawsuit against me (Borgen v. Elezzi et al.)

I am writing to you in hopes of ending this civil lawsuit against me and my family. I do not have the financial means to defend this case. I was the bread winner of my family before I came in. I also do not have the resources to defend my self from this suit while I am incarcerated. We have limited documents in the law library and inmates run the law library, there arent people really qualified to help if you need legal help. I filed a motion to dismiss because I was told by a inmate that is in the law library all the time that because I have a paper from the ADA stating that I did not intend to cause physical harm, there was no deadly weapons involved, and no physical injuries this is the prosecuter of my criminal case getting me this letter to use, I am not trying to defend my criminal case here but in this lawsuit I have read where the victim had stated some events that happened in his civil suit but the discovery that I possess shows otherwise. Everytime I have went to the law library with this case they always tell me to go get a lawyer. I dont understand terms like "conspiracy" or "punitive damages". My wife has searched for and called for attorneys to take this case pro bono and noone is willing to take it. I am not running from this case I take full responsibility for my actions and I am serving my sentence. But if the default judgement stands my wages will be garnished, my 22 month old son would inherit this debt and my family will suffer. My back is against the wall I dont know what to do at this time. We do not have free movement while being incarcerated and cannot just dial any number on the phones to get into contact with anyone. I was told to obtain a form called notice of apperence form because of my declaration of opposition that I filed to you nov,6,2024 because you did not respond to it. I sent it via certified mail they give you one free legal mail send.

Respectfully,