IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JOSEPH BORGEN, | ) | |
| | ) | **MEMO ENDORSED (p. 2)** |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FAISAL ELEZZI; | ) | |
| WASEEM AWAWDEH; | ) | CASE NO. 1:22-cv-04105-JHR |
| MAHMOUD MUSA; | ) | |
| MOHAMMED OTHMAN; | ) | |
| MOHAMMED S. OTHMAN | ) | |
| "K.A.", a Minor, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT

A Clerk's Certificate of Default has been entered in this case as to each of Defendants Waseem Awawdeh, Mahmoud Musa, Mohammed Othman (a/k/a/ Mohammed Othaman), and Mohammed S. Othman, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 [ECF Nos. 52, 55, 61, 63].

Plaintiff Joseph Borgen now respectfully moves this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Local Civil Rule 55.2, and Attachment A of this Court's Individual Rules and Practices in Civil Cases, to enter a Default Judgment as to each of these four defendants' liability in this case, while reserving the entry of a final Judgment for damages until the case has been resolved as to all defendants.

In support of this motion, Plaintiff relies on the pleadings in this case, the undersigned's Declaration, Plaintiff Joseph Borgen's Declaration, a Memorandum of Law, and various exhibits,

all designed to address the criteria set forth in Attachment A to the Court's Individual Rules and Practices.

    For the foregoing reasons and the reasons set forth in the accompanying papers, Plaintiff Joseph Borgen respectfully asks the Court to enter a Default Judgment against Defendants Waseem Awawdeh, Mahmoud Musa, Mohammed Othman (a/k/a Mohammed Othaman), and Mohammed S. Othman as to their liability to Plaintiff Joseph Borgen on all Counts of the Amended Complaint, while reserving the entry of final judgment on damages until a judgment as to liability has been reached with remaining Defendant Elezzi, or for whatever time the Court deems appropriate.

                                              Respectfully Submitted,

                                              /s/ David I. Schoen
                                           David I. Schoen (DS 0860)

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: 334-395-6611
E-Fax: 917-591-7586
E-Mail: DSchoen593@aol.com; Schoenlawfirm@gmail.com

Counsel for Plaintiff Joseph Borgen

Upon further review, the Court holds Plaintiff's motion for default judgment against Defendants Waseem Awawdeh, Mahmoud Musa, Mohammed Othman, and Mohammed S. Othman (together, the "Defaulting Defendants") in abeyance pending a determination of liability with respect to the non-defaulting Defendants. The Certificates of Default against Waseem Awawdeh (ECF No. 63), Mahmoud Musa (ECF No. 52), Mohammed Othman (ECF No. 55), and Mohammed S. Othman (ECF No. 61) remain in effect and preclude the Defaulting Defendants from arguing the merits of the claims made against [them]." *Diarama Trading Co. Inc. v. J. Walter Thompson U.S.A., Inc.*, No. 01 Civ. 2950 (DAB), 2002 WL 31545845, at *4 (S.D.N.Y. Nov. 13, 2002); s*ee Schneider v. Cuddebackville Fire Dep't*, No. 11 Civ. 1499 (KMK) (S.D.N.Y. June 27, 2011) ("Because the case involves multiple defendants, entry of a default instead of a default judgment is, in the Court's view, more appropriate in this case.").

By **November 18, 2025**, Plaintiff shall file a letter updating the Court on the status of service on Defendant K.A.

The Clerk of Court is directed to terminate ECF No. 69.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: November 6, 2025