UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH BORGEN,

                Plaintiff,

-v.-

FAISAL ELEZZI et al.,

                Defendants.

22 Civ. 04105 (JHR)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
All such motions: ____

☐ General Pretrial & Dispositive Motions (all purposes except trial)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ Settlement

☐ Habeas Corpus

☐ Social Security

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

SO ORDERED.

Dated: November 6, 2025
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge