UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSEPH BORGEN,

                              Plaintiff,                22-CV-4105 (JHR) (RWL)

            - against -

                                                **ORDER**

FAISAL ELEZZI, et al.,

                            Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      In light of Judge Rearden's order holding in abeyance Plaintiff's motion for default judgment against the defaulting defendants, and the case now being referred to Judge Lehrburger, counsel for Plaintiff and the appearing Defendant shall meet and confer and by November 17, 2025 file a letter proposing next steps and a schedule for remainder of the case.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: November 7, 2025
         New York, New York

Copies transmitted this date to all counsel of record.  The Clerk of Court is respectfully directed to mail a copy of this order to the pro se defendant.